IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARMETHA McCLELLAN, | |
| Plaintiff, | CIVIL ACTION FILE NO. 1:16-CV-03003-RWS-CMS |
| v. | |
| LINCOLN HARRIS, LLC, | |
| Defendant. | |

## **ORDER**

This matter is before the Court on the Certificate of Consent to Withdrawal of Counsel for Plaintiff Armetha McClellan (Doc. 6) filed by Plaintiff's counsel, and the parties' Joint Motion to Stay Proceedings (Doc. 7). The undersigned will address the motions in reverse order.

Counsel for the parties have filed a joint motion to stay (Doc. 7) seeking a 30-day stay of proceedings to allow Plaintiff sufficient time to find replacement counsel. For good cause shown, the parties' motion (Doc. 7) is **GRANTED**. All proceedings shall be stayed until -- and the discovery period will commence on -- December 14, 2016.

Also before the Court is Plaintiff's counsel's certificate of consent to withdrawal of counsel for Plaintiff Armetha McClellan (Doc. 6). Local Rule 83.1E provides that, "Counsel wishing to withdraw from any civil action ... may be relieved from the

requirement to file a motion to withdraw by filing a Certificate of Consent with the court that has been signed by the client, the withdrawing attorney, and the substituting attorney, if one has been selected by the client." LR 83.1E, NDGa.

Pursuant to Local Rule 83.1E, attorneys Regan Keebaugh, Caleb Gross, and the law firm of Radford & Keebaugh, LLC have filed a certificate of consent to withdraw as counsel for the plaintiff, Armetha McClellan, in this action. (Doc. 6). Ms. McClellan has indicated her consent to the withdrawal by affixing her signature to page two of the certificate of consent. Accordingly, to the extent Plaintiff's counsel's certificate of consent to withdrawal has been docketed as a motion, the motion is hereby **GRANTED**, and the Clerk of Court is **DIRECTED** to update the docket to reflect that attorneys Regan E. Keebaugh, William Caleb Gross, and their law firm, Radford & Keebaugh, LLC are no longer counsel of record for Plaintiff in this action.

Plaintiff is **ORDERED** to have new counsel make an appearance on or before December 14, 2016 or, alternatively, to advise the Court in writing by that date of her intent to proceed *pro se*. Failure to do so may result in a recommendation that this case be dismissed.

Should Plaintiff elect to proceed *pro se*, Plaintiff is **DIRECTED** to serve upon counsel of record for the Defendant a copy of every additional pleading or other

document that is filed with the Clerk of the Court.  Each pleading or other document filed with the Clerk shall include a certificate stating the date on which an accurate copy of that paper was mailed to defense counsel.  This Court shall disregard any submitted papers that have not been properly filed with the Clerk or that do not include a certificate of service.

Plaintiff is also **INSTRUCTED TO KEEP** the Court and defense counsel advised of Plaintiff's current address at all times during the pendency of this action.  Plaintiff is admonished that failure to do so may result in the dismissal of this action.

Attorney Regan Keebaugh is directed to provide a copy of this Order to Plaintiff.

**IT IS SO ORDERED**, this 7th day of November, 2016.

                                                **CATHERINE M. SALINAS**
                                                **UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)