IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARMETHA MCCLELLAN ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:16-cv-03003-RWS-CMS |
| v. ) | |
| ) | |
| LINCOLN HARRIS, LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Marcus G. Keegan of Keegan Law Firm, LLC, 2987 Clairmont Road, NE., Suite 225, Atlanta, Georgia 30329; Telephone: 404-842-0333; Facsimile: 404-920-8540; and respectfully submits this notice of appearance on behalf of Plaintiff Armetha McClellan in the above-styled case.

Respectfully submitted, this 14th day of December, 2016.

Keegan Law Firm, LLC

/s/ Marcus G. Keegan
Marcus G. Keegan
Georgia Bar. No. 410424
2987 Clairmont Rd, NE., Suite 225
Atlanta, Georgia  30329
(404) 842-0333 (Phone)
(404) 920-8176 (Fax)
mkeegan@keeganfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ARMETHA MCCLELLAN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:16-cv-03003-RWS-CMS |
| v. | ) | |
| | ) | |
| LINCOLN HARRIS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Parsons Summa
Kevin V. Parsons
15801 Brixham Hill Ave
Suite 550
Charlotte, NC 28277

Parks, Chesin & Walbert
A. Lee Parks. Jr.
75 14th Street N.E.
26th Floor
Atlanta, GA 30309

This 14th day of December, 2016.

**/s/ Marcus G. Keegan**
Marcus G. Keegan
Georgia Bar No. 410424
2987 Clairmont Rd. NE., Suite 225
Atlanta, GA 30329
Telephone: (404) 842-0333
Facsimile:  (404) 920-8540
mkeegan@keeganfirm.com