**IN THE UNITED STATES DISTRICT COURT**
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARMETHA MCCLELLAN, | |
| Plaintiff, | Civil Action File No.: |
| v. | 1:16-cv-03003-RWS-CMS |
| LINCOLN HARRIS, LLC, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL
## AND BRIEF IN SUPPORT THEREOF

COMES NOW Marcus G. Keegan and pursuant to Local Rule 83.1E moves to withdraw as counsel of record for Plaintiff Armetha McClellan showing the Court that Plaintiff Armetha McClellan has executed a Certificate of Consent for the undersigned to withdraw as counsel which is submitted contemporaneously with this motion as Exhibit 1.

WHEREFORE, Marcus G. Keegan and Keegan Law Firm, LLC request permission to withdraw as counsel of record for Plaintiff Armetha McClellan.

## STATEMENT OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

-1-

Respectfully submitted this, 23rd day of May, 2017.

Keegan Law Firm, LLC

/s/ Marcus G. Keegan
Marcus G. Keegan
Georgia Bar. No. 410424
2987 Clairmont Road NE
Suite 225
Atlanta, Georgia  30329
(404) 842-0333(Phone)
(404) 920-8540 (Fax)
mkeegan@keeganfirm.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARMETHA MCCLELLAN,

      Plaintiff,

      v.

LINCOLN HARRIS, LLC,

      Defendant.

Civil Action File No.:

1:16-cv-03003-RWS-CMS

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2017, I electronically filed this *Motion to Withdraw as Counsel* and *Certificate of Consent for Marcus G. Keegan To Withdraw As Counsel* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Allan Leroy Parks , Jr
lparks@pcwlawfirm.com

Kevin V. Parsons
kparsons@parsonssumma.com

Philip A. Hinson
phinson@parsonssumma.com

Notice has also been sent to the following by regular mail, postage prepaid:

Armetha McClellan
P.O. Box 274
Tucker, Georgia 30085

/s/ Marcus G. Keegan
Marcus G. Keegan
Georgia Bar No. 410424