IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARMETHA MCCLELLAN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 1:16-CV-03003-RWS-CMS |
| v. | ) |
| | ) |
| LINCOLN HARRIS, LLC, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF CONSENT FOR MARCUS G. KEEGAN TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF**

COMES NOW, Plaintiff and files this Certificate of Consent for Marcus G. Keegan to withdraw as Counsel of record for Armetha McClellan in the above-captioned proceedings. I understand and acknowledge that said withdrawal will take place immediately and that all notices given, or required to be given, and all papers served, or required to be served in this proceeding shall be given and served on Plaintiff, Armetha McClellan at P.O. Box 274, Tucker, Georgia 30085.

_A. McClellan_
ARMETHA MCCLELLAN

_5/19/2017_
Date